**KROVATIN KLINGEMAN LLC**
Anna G. Cominsky, Esq. (9085)
744 Broad Street, Suite 1903
Newark, New Jersey 07102
Telephone: (973) 424-9777
Facsimile: (973) 424-9779
*Attorneys for Defendant Shedrick Crafton*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> KEITH STEWART AND SHEDRICK CRAFTON, <br><br> Defendants. | Crim. No. 08-346 (SDW) <br><br> Honorable Susan D. Wigenton, U.S.D.J. <br><br> **NOTICE OF MOTION** |

To:   AUSA MATTHEW E. BECK
      U.S. Attorney's Office
      970 Broad Street
      Newark, New Jersey 07102
      Attorney for
      UNITED STATES OF AMERICA

COUNSEL:

PLEASE TAKE NOTICE that on Thursday, March 5, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant SHEDRICK CRAFTON, shall move before the Honorable Susan D. Wigenton, United States District Court Judge, at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting the following pretrial relief:

(1) Suppression of the conversations recorded pursuant to wiretaps issued in this case.

(2) Suppression of the alleged "statement" made by Mr. Crafton.

(3) Precluding the Government from introducing evidence of Mr. Crafton's criminal history, pursuant to Fed. R. Evid. 404(b) or otherwise Mr. Crafton seeks a hearing to determine the admissibility and use of his prior convictions pursuant to Fed.R.Evid. 609.

(4) Production of the following discovery:

   a. Production of grand jury transcripts of all witnesses who testified in connection with the indictment issued against him.

   b. Production of any and all material that is exculpatory or potentially exculpatory, including material that has impeachment value, as outlined in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, including information outlined in the accompanying Brief with respect to the cooperating witnesses and confidential informants used in connection with this case, relevant law enforcement personnel, and out-of-court identifications. In the event the government is unsure as to whether any document(s) contain such information, Mr. Crafton seeks to have the government produce that material for an *in camera* inspection.

   c. Production of the names of all cooperating individuals utilized by the government in connection with this investigation, as well as any information and files containing information about those individuals.

   d. Production of all rough notes of the investigating agents, including notes concerning any statements allegedly made by him or his co-conspirators, and to produce all *Jencks* Act materials.

(5) Excluding the Government's proposed "narcotics expert" testimony regarding the means and methods of drug distributors.

(6) Leave to file additional motions as they become necessary prior to trial.

Defendant SHEDRICK CRAFTON shall rely upon the enclosed Brief in Support of Pretrial Motions with exhibits and oral argument.

Respectfully submitted,

KROVATIN KLINGEMAN LLC

/s/ Anna G. Cominsky (AGC 9085)

744 Broad Street, Suite 1903
Newark, NJ 07102
TEL 973-424-9777
FAX 973-424-9779
acominsky@krovatin.com
Attorney for Defendant Shedrick Crafton

Dated:       February 4, 2009
             Newark, New Jersey