**KROVATIN KLINGEMAN LLC**
**Anna G. Cominsky, Esq. (9085)**
**744 Broad Street, Suite 1903**
**Newark, New Jersey 07102**
**Telephone: (973) 424-9777**
**Facsimile: (973) 424-9779**
*Attorneys for Defendant Shedrick Crafton*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>KEITH STEWART AND SHEDRICK CRAFTON,<br><br>Defendants. | Crim. No. 08-346 (SDW)<br><br>Honorable Susan D. Wigenton, U.S.D.J.<br><br>**DEFENDANT CRAFTON'S REQUEST FOR ADDITIONAL *VOIR DIRE* QUESTIONS** |

Pursuant to Fed. R. Crim. Pro. 24, Defendant Shedrick Crafton respectfully requests that the following questions be included in the *Voir Dire* Questionnaire:

1. What do you think about the principle that these defendants are presumed to be innocent and must not be found guilty unless each and every essential element of an offense is proved by the Government beyond a reasonable doubt? Would you have any difficulty following this principle?

2. Do you understand that a defendant in a criminal trial such as this does not have to prove his innocence, does not have to present any evidence, and does not have to testify if he so chooses? How do you feel about these principles of our legal system? Will you be able to abide by them in deciding this case?

3. Do you believe the criminal justice system is fair and effective? Why or why not?

    Respectfully submitted,

    Anna G. Cominsky, Esq. (AC 9085)
    Krovatin Klingeman LLC
    744 Broad Street, Suite 1903
    Newark, NJ 07102
    Attorneys for Defendant Shedrick Crafton