DOCUMENT FILED ELECTRONICALLY

**KROVATIN KLINGEMAN LLC**
Anna G. Cominsky, Esq. (9085)
744 Broad Street, Suite 1903
Newark, New Jersey 07102
Telephone: (973) 424-9777
Facsimile: (973) 424-9779
*Attorneys for Defendant Shedrick Crafton*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>KEITH STEWART AND SHEDRICK CRAFTON,<br><br>Defendants. | Crim No. 08-346 (SDW)<br><br>Honorable Susan D. Wigenton, U.S.D.J.<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court *ex parte* by Krovatin Klingeman LLC, attorneys for Defendant Shedrick Crafton, Anna G. Cominsky, Esq., appearing, for an Order permitting the U.S. Marshall's Service to serve subpoenas (copies attached) on defense witnesses under the Criminal Justice Act ("CJA") in this matter, and the Court having considered the submission of defense counsel and for good cause shown

IT IS on this 3rd day of March, 2009

**ORDERED** that the U.S. Marshall's Service be permitted to serve subpoenas under the Criminal Justice Act on behalf of Defendant Shedrick Crafton in the above-captioned matter with trial commencing on Tuesday, March 10, 2009.

HONORABLE SUSAN D. WIGENTON
United States District Court Judge